UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | CV 22-3859 GW (KS) | Date: June 21, 2022 |
| Title | *Kum Nam Lee v. Proland Management* | |

Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: n/a          Attorneys Present for Defendant: n/a

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On June 3, 2022, Plaintiff, a California resident proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) The Complaint is a single page suing Defendant Proland Management concerning a writ of attachment imposed on an asset of Plaintiff's, as well as Plaintiff having a "low income or Section 8" application denied. (*Id.*)

At the outset, the Complaint fails to describe any constitutional violation or what specific acts on the part of Defendant constituted unconstitutional conduct. The Complaint, therefore, violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. See Fed. R. Civ. P. 8; *see also Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (Rule 8 "demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation" and a complaint is insufficient under Rule 8 "if it tenders 'naked assertion[s]' devoid of 'further factual enhancement.'") (citation omitted).

Further, on June 6, 2022, the Court notified Plaintiff that Plaintiff had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.) More than two weeks have now passed since Plaintiff filed the Complaint and Plaintiff has still not paid the filing fee, requested IFP status, or responded to the Court's notification. Accordingly, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than July 5, 2022, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed In Forma Pauperis with Declaration in Support (CV-60). **To discharge this Order and proceed**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-3859 GW (KS)                                              Date: June 21, 2022

Title         *Kum Nam Lee v. Proland Management*

**with this case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the July 5, 2022 deadline.**

Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case.

**IT IS SO ORDERED**.

:

**Initials of Preparer**    gr